UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS E. OLIVER,<br><br>             Plaintiff,<br><br>        v.<br><br>OFFICER PFEIFFER, et al.,<br><br>             Defendants. | No.  2:15-cv-1980-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).  He has also submitted a trust account statement, but the statement is not certified.  He now requests an order directing prison officials to provide him with a certified copy of his trust account statement.

Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."  Plaintiff has not submitted a *certified* copy of his trust account statement or the institutional equivalent.

/////

1

1  He may comply with this requirement by having prison officials complete the "Certificate"
2  portion of the form application for leave to proceed in forma pauperis.
3      Accordingly, plaintiff has 30 days from the date this order is served to submit the required
4  trust account statement.  If plaintiff makes a proper request from prison officials for the required
5  trust account statement that is denied or ignored, and requires more time to comply with this
6  order, he may request another extension of time indicating what efforts he has made to obtain the
7  required trust account statement and who has prevented him from obtaining it.  Failure to comply
8  with this order may result dismissal of this case.  The Clerk of the court is directed to send to
9  plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner and to terminate
10  docket number 15.
11      So ordered.
12  Dated:  November 9, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE