1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARCUS E. OLIVER,                          No.  2:15-cv-1980-EFB P

12              Plaintiff,

13        v.                                    ORDER

14   OFFICER PFEIFFER, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  On March 16, 2017, the court informed him that the United States Marshal had

19   returned process directed to defendant Sanchez, noting the Litigation Coordinator's response that

20   Sanchez could not be located because "nobody named Sanchez was working in R & R on [April

21   22, 2014]," and "with no first name or initial, they will not accept service."  ECF No. 29.

22   Therefore, the court instructed plaintiff to provide new information about how to locate defendant

23   Sanchez for service of process, within 30 days.  ECF No. 30.  Plaintiff was also cautioned that he

24   must proceed with haste because Fed. R. Civ. P. 4(m) requires that an action be dismissed as to a

25   defendant not served within 90 days after filing the complaint unless the time is enlarged based

26   upon a demonstration of good cause.  The court further instructed that if plaintiff's access to the

27   required information is unreasonably denied or delayed, he may seek judicial intervention.

28   /////

                                              1

The time for acting has passed and plaintiff has not complied with or otherwise responded to the court's order. Accordingly, in an abundance of caution, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff another form USM-285.

2. Within 30 days from the date this order is served, plaintiff must submit the attached Notice of Submission of Documents with the completed form USM-285 providing new instructions for service of process upon defendant Sanchez.

3. Failure to comply with this order or to show good cause for such failure will result in the dismissal of this action, as Sanchez is the sole defendant in this case.

Dated: May 4, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS E. OLIVER,

             Plaintiff,

      v.

OFFICER PFEIFFER, et al.,

             Defendants.

No.  2:15-cv-1980-EFB P

NOTICE OF SUBMISSION OF
DOCUMENTS

      Plaintiff hereby submits the following documents in compliance with the court's order

filed _____:

           _1_           completed USM-285 form

DATED:

                              _____
                              Plaintiff